# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY LAMON, | CASE NO. 1:07-CV-493-AWI-DLB-PC |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTIONS AS MOOT |
| v. | (Docs. 2, 6, 10, 13) |
| JOHN TILTON, et al., | |
| Defendants. | |

Plaintiff Barry Lamon ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on March 29, 2007. On May 23, 2007, plaintiff was granted leave to proceed in forma pauperis and on January 28, 2008, the Court dismissed plaintiff's complaint with leave to amend.

Since the filing of the complaint and prior to the Court granting plaintiff leave to proceed in forma pauperis, plaintiff has filed several motions seeking orders from the Court directing prison officials to cooperate with plaintiff in providing his prison trust account statement and submitting his application to proceed in forma pauperis. In addition plaintiff asks the Court to "accept" his action for filing. As noted, the Court granted plaintiff's application to proceed in forma pauperis on July 23, 2007 and the Court dismissed plaintiff's complaint with leave to amend on January 28, 2008. Plaintiff's motions filed March 29, 2007 (Doc. 2); April 16, 2007 (Doc. 6); May 18, 2007 (Doc.10); and May 25, 2007 (Doc. 13) are therefore DENIED as moot.

1

IT IS SO ORDERED.

**Dated:** **March 4, 2008**     /s/ **Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE