# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY LAMON,<br><br>            Plaintiff,<br><br>     v.<br><br>JOHN TILTON, et al.,<br><br>            Defendants.<br>_____/ | CASE NO. 1:07-CV-493-AWI-DLB-PC<br><br>ORDER RE COURT DOCUMENT #23<br><br>(Doc. 23) |

Plaintiff Barry Lamon ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on March 29, 2007. On March 21, 2008, plaintiff filed a motion requesting that the court "re-issue" its January 25, 2008 order. (Doc. 23). Having reviewed plaintiff's motion, the Court construes his motion as a request for an additional copy of the court's order.

Plaintiff is advised that the Court normally does not provide additional copies of orders without cost. However, the Court shall grant plaintiff's request this one time. The Clerk of the Court is HEREBY DIRECTED to send to plaintiff a copy of the Court's order dated January 25, 2008. (Doc. 18).

IT IS SO ORDERED.

Dated:   **September 24, 2008**              **/s/ Dennis L. Beck**
                                                                          UNITED STATES MAGISTRATE JUDGE

1