# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY LAMON, | CASE NO. 1:07-cv-00493 AWI DLB PC |
| Plaintiff, | ORDER RE MOTIONS FOR ABEYANCE |
| v. | (Docs. 34, 35) |
| JOHN TILTON, et al., | |
| Defendants. / | FORTY FIVE (45) DAY DEADLINE |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action. On September 12, 2008, this Court dismissed plaintiff's second amended complaint with leave to file a third amended complaint. (Doc. 33).

On September 30, 2008 and October 27, 2008, plaintiff filed motions requesting that this action be held in abeyance for 90 days. Plaintiff states that he has been transferred to another facility and does not have access to his legal documents in order to proceed with this action.

This Court will not grant a 90 day abeyance of this action. However, good cause appearing, plaintiff is granted an additional 45 days from the date of service of this order, to file a third amended complaint.

Plaintiff may also file a motion for a further extension of time at a later date if one is required. Further motions to extend time will be granted only upon a showing of good cause.

IT IS SO ORDERED.

Dated:   **October 29, 2008**              /s/ **Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE

1