IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY LOUIS LAMON, | 1:07-cv-00493-AWI-DLB (PC) |
| Plaintiff, | ORDER GRANTING SECOND MOTION TO EXTEND TIME TO FILE THIRD AMENDED COMPLAINT |
| vs. | |
| JOHN TILTON, et al, | (DOCUMENT #39) |
| Defendants. | 30-DAY DEADLINE |
| _____/ | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On December 9, 2008, plaintiff filed a motion to extend time to file a third amended complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty (30) days from the date of service of this order in which to file a third amended complaint.

IT IS SO ORDERED.

**Dated:   December 11, 2008**             **/s/ Dennis L. Beck**
                                            UNITED STATES MAGISTRATE JUDGE