# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY LAMON, | CASE NO. 1:07-cv-00493-AWI-DLB PC |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DENYING PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTIVE RELIEF |
| v. | |
| JOHN TILTON, et al., | |
| Defendants. | (Doc. #24 & #42) |

Plaintiff Barry Louis Lamon ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On December 23, 2008, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that any objection to the Findings and Recommendations was to be filed within thirty days. Plaintiff filed an Objection to the Findings and Recommendations on January 21, 2009.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///
///
///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed December 23, 2008, is adopted in full; and

2. Plaintiff's motions for a temporary restraining order and preliminary injunctive relief, filed March 31, 2008 and December 18, 2008, are DENIED.

IT IS SO ORDERED.

Dated:     March 12, 2009                   /s/ Anthony W. Ishii
                                       CHIEF UNITED STATES DISTRICT JUDGE