1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

8

## EASTERN DISTRICT OF CALIFORNIA

9

10  BARRY LOUIS LAMON,                    CASE NO. 1:07-cv-00493-AWI DLB PC

11              Plaintiff,                ORDER DISREGARDING MOTION TO
                                         EXPEDITE SCREENING AS MOOT
12      v.
                                         (Doc. 54)
13  JOHN TILTON, et al.,

14              Defendants.

15
                                    /
16

17          On June 20, 2009, the Court issued a Findings and Recommendations following the

18  screening of Plaintiff's third amended complaint. The Findings and Recommendations were adopted

19  by order issued August 11, 2009.  (Docs. 65, 68.)

20          Plaintiff's motion for an expedited screening of his third amended complaint, filed March

21  4, 2009, is disregarded as moot.

22          IT IS SO ORDERED.

23     Dated:    **September 16, 2009**          _____**/s/ Dennis L. Beck**_____
                                                 UNITED STATES MAGISTRATE JUDGE
24

25
26
27
28

1