# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY LOUIS LAMON,<br><br>             Plaintiff,<br><br>   v.<br><br>TILTON, et al.,<br><br>             Defendants.<br>                                       / | CASE NO. 1:07-cv-00493-AWI-DLB (PC)<br><br>ORDER SETTING DISCOVERY AND SCHEDULING DEADLINES FOR DEFENDANTS VIKJORD, ASPIEDA, VANZANT, AND ELIZE |

Plaintiff Barry Louis Lamon ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. This action is proceeding against defendants Luna, Price, Wilber, Vikjord, Aspieda, Magvass, Vanzant, Hamilton, Cortez, Frescura, Elize, Alvarez, and Hernandez for violation of the First and Eighth Amendment. (Docs. 65, 68.) On October 26, 2009, defendants Price, Wilber, Magvass, Hamilton, Cortez, Frescura, Alvarez, and Hernandez filed their answer to Plaintiff's third amended complaint. (Doc. 75.) The Court issued a discovery and scheduling order for these defendants on October 30, 2009. (Doc. 76.) On December 1, 2009, Defendants Luna, Vikjord, Aspieda, Vanzant, and Elize filed their answer to Plaintiff's third amended complaint. (Doc. 83.)

Because these latter Defendants filed their answer within 1 month of the issuance of the Court's discovery and scheduling order, the Court will apply the same discovery and scheduling

deadlines previously issued.

Accordingly, it is HEREBY ORDERED that the Court's Discovery and Scheduling Order, filed on October 30, 2009, applies to Defendants Luna, Vikjord, Aspieda, Vanzant, and Elize.

IT IS SO ORDERED.

**Dated:   December 2, 2009**                    **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE